UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SANDY WILLIAMS,

    Plaintiff,                              CASE NO:

vs.

LM GENERAL
INSURANCE COMPANY,

    Defendant.

_____/

### **NOTICE OF REMOVAL**

Defendant, LM General Insurance Company, pursuant to 28 U.S.C. § 1441 *et seq.*, removes this action from the Circuit Court of the Ninth Judicial Circuit of Florida, in and for Orange County.

**I.    The State Court Case**

1. On March 13, 2019, Plaintiff filed the complaint, alleging claims for uninsured motorist benefits and bad faith.

2. Plaintiff served LM General Insurance Company with the complaint on March 29, 2019. Therefore, this Notice of Removal is timely, pursuant to 28 U.S.C. § 1446(b).

3. 28 U.S.C. § 1446(a) requires LM General Insurance Company to file copies of all process, pleadings, and orders served upon it, which are attached hereto as Exhibit **"A"**.

4. This case is removed to the United States District Court for the Middle District of Florida, Orlando Division because the State Court action was brought in

Orange County, Florida.  28 U.S.C. § 1441(a); 28 U.S.C. § 1446(a); M.D. Fla. Loc. R. 1.02(b)(3).

## II. Jurisdiction

5. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 because the controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

6. There is complete diversity of citizenship.

7. Pursuant to 28 U.S.C. § 1332(a)(1), Plaintiff is a citizen of Florida.

8. Pursuant to 28 U.S.C. § 1332(c)(1), LM General Insurance Company is a company organized under the laws of the State of Illinois and for federal court jurisdiction/diversity of citizenship disclosure purposes, the principal place of business is 175 Berkeley Street, Boston, Massachusetts.  Thus, LM General Insurance Company is a citizen of Illinois and Massachusetts.

9. The amount in controversy exceeds $75,000, exclusive of interest and costs.

10. It is facially apparent from the Complaint that the amount in controversy exceeds $75,000, as delineated below:

    a. The policy limits as to uninsured/underinsured motorist benefits is $50,000/person, stacked with four vehicles; therefore the policy limits are $200,000.

    b. Plaintiff alleges that LM General Insurance Company "has unjustifiably refused to honor its contractual obligations by…failing

                  to pay the uninsured motorist benefits owed to Plaintiff." *See* Plaintiff's Complaint, ¶11.

    c.    Pursuant to paragraph 14 of the complaint, "Plaintiff, SANDY WILLIAMS, is entitled to the [$200,000] limit of uninsured motorist benefits under the Policy," which exceeds the amount in controversy requirement.

    d.    Plaintiff alleges that LM General Insurance Company failed to "properly respond to Plaintiff's … demands for payment of all uninsured motorist benefits under the Policy…" *See* Plaintiff's Complaint, ¶18(d)(ii).

    e.    Plaintiff also alleges that LM General Insurance Company "…breached its duties of good faith by… failing to tender the policy limits…in light of the…injuries suffered by the Plaintiff, the value of which were clearly in excess of the policy limits…" *See* Plaintiff's Complaint, ¶19(c).

    f.    Pursuant to paragraph 25 of the complaint, Plaintiff brought this lawsuit to "…recover the excess damages owed..." by LM General Insurance Company.

11.    Therefore, the $200,000 policy limits that Plaintiff has demanded, and alleges entitlement to, not only meet, but exceed, the $75,000 amount in controversy requirement.

12.    In addition, on February 20, 2019, Plaintiff filed a Civil Remedy Notice (Filing No. 423688), alleging that "Liberty Mutual Insurance Company has failed and

refused to tender its $200,000 underinsured motorist limits, despite demand and having been given the opportunity to tender its limits…This CRN may be remedied if Liberty Mutual Insurance Company agrees to tender its $200,000 underinsured motorist limits." *See* Ex. B of Plaintiff's Complaint.

13. Further, on December 12, 2018, Plaintiff sent a demand to LM General for $200,000.  Exhibit **"B"**.

### III. Conclusion

14. LM General Insurance Company removes this case to the United States District Court for the Middle District of Florida.

15. LM General Insurance Company demands trial by jury on all issues so triable.

16. Promptly after filing this notice of removal, LM General Insurance Company will give written notice to all adverse parties and will file a copy of this notice with the clerk of the State court, pursuant to 28 U.S.C. §1446(d).

BUTLER WEIHMULLER KATZ CRAIG LLP

/s/ Matthew J. Lavisky
MATTHEW J. LAVISKY, ESQ.
Florida Bar No.: 48109
mlavisky@butler.legal
STARR L. BROOKINS, ESQ.
Florida Bar No.:  92284
sbrookins@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:    (813) 281-0900
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I certify that a copy hereof has been furnished to:

Jared M. Wise, Esq.
Morgan & Morgan, P.A.
20 North Orange Avenue, Suite 1600
Orlando, FL  32801-4624
jwise@forthepeople.com
Secondary:  kristiajohnson@forthepeople.com
Counsel for Plaintiff

by U.S. Mail on April 10, 2019.

/s/ Matthew J. Lavisky
MATTHEW J. LAVISKY, ESQ.