# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SANDY WILLIAMS,**

      **Plaintiff,**

**v.**                                                 **Case No:   6:19-cv-675-Orl-LRH**

**LM GENERAL INSURANCE COMPANY,**

      **Defendant.**

## ORDER

This cause is before the Court upon the Clerk's Minute Entry from the Settlement Conference (Doc. 43) indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. That this case is hereby **DISMISSED with prejudice** subject to the right of any party to move the Court, within sixty (60) days from the date of this Order, to enter a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All deadlines and hearings are terminated.

3. The Clerk of Court is **DIRECTED** to close the file.

**DONE** and **ORDERED** in Orlando, Florida on September 3, 2020.

*/s/ Leslie R. Hoffman*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record